# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UMB Bank NA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Harvest Gold Silica Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-22-01105-PHX-GMS<br><br>**ORDER** |
| Harvest Gold Silica, Inc.,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>UMB Bank NA, et al.,<br><br>　　　　　　Counterdefendants. | |
| Harvest Gold Silica, Inc.,<br><br>　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>Greenwich Investment Management, Inc., et al.,<br><br>　　　　　　Third-Party Defendants. | |

　　　Before the Court is a Stipulation (1) Disclaiming Interest in Property and (2) for Dismissal Re Defendant Courtney Dubois Only (Doc. 86) between Plaintiff UMB Bank, N.A., as Trustee, and Defendant Courtney Dubois.  Good cause appearing,

**IT IS ORDERED** granting and adopting the Stipulation (Doc. 86) entered into by the parties.

**IT IS FURTHER ORDERED** discharging the Court's December 2, 2022 Order to Show Cause (Doc. 81).

**IT IS FURTHER ORDERED** that Defendant Courtney Dubois is hereby dismissed from this action with prejudice, with each party to the Stipulation bearing its own attorneys fees and costs.

Dated this 9th day of December, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge