COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
J. Neil Stuart (028569)
Email: nstuart@CDQLaw.com
Kaysey L. Fung (032585)
Email: kfung@CDQLaw.com
Attorneys for L. George Rieger

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UMB Bank, N.A., as Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>Harvest Gold Silica, Inc., a Wyoming corporation, et al.<br><br>    Defendants. | Case No. 2:22-cv-01105-PHX-GMS<br><br>**NOTICE OF SETTLEMENT BETWEEN HARVEST GOLD SILICA, INC., L. GEORGE RIEGER AND GREENWICH INVESTMENT MANAGEMENT, INC.** |
| Harvest Gold Silica, Inc., a Wyoming corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>UMB Bank, N.A., as Trustee,<br><br>    Counter-defendant. | |
| Harvest Gold Silica, Inc., a Wyoming corporation,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>Greenwich Investment Management, Inc., a Connecticut corporation and L. George Rieger,<br><br>    Third-Party Defendants. | |

1  Pursuant to Section 9 of the November 15, 2025 Case Management Order, Notice is 2 hereby given that Third-Party Plaintiff Harvest Gold Silica, Inc. and Third-Party Defendants 3 L. George Rieger and Greenwich Investment Management, Inc. ("GIM") have reached a 4 settlement that resolves, *inter alia*, all claims asserted by HGS against Mr. Rieger and GIM in 5 this action.

6  As the Court is aware, GIM filed a voluntary petition for relief pursuant to Subchapter 7 V of Chapter 11 of the Bankruptcy Code on May 21, 2024 in the United States Bankruptcy 8 Court for the Middle District of Florida (the "Bankruptcy Court") as Case No. 2:24-bk-00721-9 FMD.  As GIM is a party to the settlement, GIM must seek approval of the settlement from 10 the Bankruptcy Court (the "Settlement Motion").  The Bankruptcy Court's approval of the 11 settlement agreement is a condition precedent to its effectiveness.  The GIM Subchapter V 12 Trustee filed earlier today the Settlement Motion.  The settlement agreement becomes 13 effective on the first business day after the expiration of the appeal period relating to the 14 Bankruptcy Court's approval of the Settlement Motion.  The parties will thereafter promptly 15 file a stipulated dismissal and proposed order in this action.

16  DATED this 23 day of October, 2025.



COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
  Attorneys for L. George Rieger

By:     */s/  J. Neil Stuart*
          Daniel G. Dowd
          J. Neil Stuart
          Kaysey L. Fung

1

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ J. Neil Stuart*