# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UMB Bank NA, | No. CV-22-01105-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Harvest Gold Silica Incorporated, et al., | |
| Defendants. | |
| Harvest Gold Silica, Inc., | |
| Counterclaimant, | |
| v. | |
| UMB Bank NA, et al., | |
| Counterdefendants. | |

The Court, having considered the Stipulation of Dismissal With Prejudice of All Claims Against Greenwich Investment Management, Inc. and L. George Rieger (Doc. 331),

**IT IS ORDERED** granting the Stipulation of Dismissal With Prejudice of All Claims Against Greenwich Investment Management, Inc. and L. George Rieger (Doc. 331).

**IT IS FURTHER ORDERED** that all claims asserted by Harvest Gold Silica, Inc., against Greenwich Investment Management, Inc., and L. George Rieger are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

1     **IT IS FURTHER ORDERED** the parties shall use the above-caption in all future filings until further ordered by the Court.

    Dated this 9th day of December, 2025.

_____
G. Murray Snow
Senior United States District Judge